**No. 61036.**—R. J. Saunders & Co., Inc. *v.* United States, protest 273106–K (New York).

Opinion by FORD, J. In accordance with oral stipulation of counsel that the merchandise described on the invoice as nylon gears consists of manufactures wholly or in chief value of any product of which any synthetic resin or resinlike substance is the chief binding agent, the claim of the plaintiff was sustained.